UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SHERI POMPEY-PRIMUS,

                Plaintiff,

-against-                              21 **CIVIL** 3981 (KPF)

## JUDGMENT

SUCCESS ACADEMY CHARTER
SCHOOLS, INC., and NOREEN COOKE-
COLEMAN,

                Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated February 17, 2022, the Court GRANTS Defendants' motion to dismiss Plaintiff's discrimination and retaliation claims under Title VII with prejudice. The Court declines to exercise supplemental jurisdiction over Plaintiff's remaining NYSHRL and NYCHRL claims and dismisses them without prejudice. Finally, the Court denies Plaintiff leave to amend; accordingly, the case is closed.

**Dated:**  New York, New York
           February 18, 2022

                                                        **RUBY J. KRAJICK**
                                                         Clerk of Court
                                       **BY:**
                                                           Deputy Clerk